IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY HENRY
ADC #140754                                                             PLAINTIFF

v.                          No. 1:14-cv-71-DPM-BD

KANE SPICER, Corporal, Grimes Unit and
R. STERLING, Corporal, Grimes Unit                          DEFENDANTS

ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Henry's claims against Sterling are dismissed without prejudice. His due process, excessive force, and outrage claims are dismissed without prejudice. Henry's claim for money damages against Spicer in his official capacity is dismissed with prejudice. All that remains is an equal protection claim against Spicer.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 October 2014