IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTHONY HENRY
ADC #140754                                                        PLAINTIFF

v.                    No. 1:14-cv-71-DPM

KANE SPICER, Corporal, Grimes Unit, and
R. STERLING, Corporal, Grimes Unit                                 DEFENDANTS

## JUDGMENT

1. Henry's claims against Sterling are dismissed without prejudice for failure to state a claim.

2. Henry's due process, excessive force, and outrage claims are dismissed without prejudice for failure to state a claim.

3. Henry's official-capacity claim for money damages against Spicer is dismissed with prejudice based on sovereign immunity.

4. Henry's equal protection claim against Spicer is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 August 2015